

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-25-00333-CV

Fernando **FLORES** & All Other Occupants,
Appellant

v.

Jose B. **FRANCO**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2025CV03313
Honorable Cesar Garcia, Judge Presiding

PER CURIAM

Sitting:      Lori I. Valenzuela, Justice
              Lori Massey Brissette, Justice
              Adrian A. Spears II, Justice

Delivered and Filed: August 27, 2025

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was originally due by June 30, 2025 and was not filed. On July 17, 2025, we ordered appellant to file, by August 1, 2025, his brief and a reasonable explanation for his failure to timely file the brief. We cautioned appellant that if he failed to timely file the brief and written response required by our order, we would dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant fails to comply with court order).

Appellant did not file a brief or otherwise respond to our July 17, 2025 order. Accordingly, we dismiss this appeal for want of prosecution.


PER CURIAM



# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-25-00333-CV

Fernando **FLORES** & All Other Occupants,
Appellant

v.

Jose B. **FRANCO**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2025CV03313
Honorable Cesar Garcia, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE BRISSETTE, AND JUSTICE SPEARS

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. We order that no costs be assessed against appellant because he qualifies as indigent under Texas Rule of Appellate Procedure 20.

SIGNED

_____
Lori I. Valenzuela, Justice